FILED
APR 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>Plaintiff,<br><br>v.<br><br>JASON GIAMBI, et al.,<br><br>Defendants. | Nos. C 07-6156 MJJ (PR)   C 07-6315 MJJ (PR)<br>     C 07-6271 MJJ (PR)   C 07-6316 MJJ (PR)<br>     C 07-6272 MJJ (PR)   C 07-6317 MJJ (PR)<br>     C 07-6273 MJJ (PR)   C 07-6318 MJJ (PR)<br>     C 07-6274 MJJ (PR)   C 07-6319 MJJ (PR)<br>     C 07-6308 MJJ (PR)   C 07-6320 MJJ (PR)<br>     C 07-6309 MJJ (PR)   C 07-6321 MJJ (PR)<br>     C 07-6311 MJJ (PR)   C 07-6322 MJJ (PR)<br>     C 07-6312 MJJ (PR)   C 07-6323 MJJ (PR)<br>     C 07-6313 MJJ (PR)   C 07-6324 MJJ (PR)<br>     C 07-6314 MJJ (PR)   C 07-6325 MJJ (PR)<br><br>**ORDER DENYING MOTIONS FOR RECONSIDERATION; INSTRUCTIONS TO CLERK** |

   Plaintiff, a federal prisoner proceeding pro se, filed the 22 civil actions listed above against a variety of defendants. In a consolidated order, the complaints were dismissed for failure to state a cognizable claim for relief, and/or because plaintiff's allegations were clearly baseless, irrational or wholly incredible. See 28 U.S.C. §§ 1915A and 1915(e)(2). Noting that plaintiff had sent approximately 160 different civil complaints to this court within the past two months,[1] and that plaintiff had had cases in other federal district courts dismissed as frivolous, the court restricted him from filing any further civil complaints in this court without payment of the full statutory filing fee.

---

[1] In total, plaintiff filed approximately 300 frivolous cases in this court in less than three months.

G:\PRO-SE\MJJ\CR.07\riches68.rec.wpd

1    Plaintiff has filed a motion for "clarification," "reconsideration," and "for leave to make payment arrangements." In his motion, plaintiff argues that the Court's order is not "constitutional." Plaintiff sets forth no basis for reconsideration under Federal Rules of Civil Procedure 59 or 60, however. See Twentieth Century - Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981) (motions for reconsideration are not a substitute for appeal or a means of attacking some perceived error of the court). Plaintiff does not make a showing of mistake, inadvertence, surprise or excusable neglect; he does not set forth any newly discovered evidence, fraud, or any grounds for finding that the judgment is void or has been satisfied; nor does he set forth any other reason justifying relief. See Fed. R. Civ. P. 60(b). Accordingly, plaintiff's motion for reconsideration is DENIED.

The Clerk shall close terminate the pending motion for reconsideration in each of the cases listed in the caption of this order.

IT IS SO ORDERED.

DATED: 4/1/2008

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L. RICHES,

    Plaintiff,

v.

JASON GIAMBI et al,

    Defendant.

_____/

Case Numbers:

| | |
|---|---|
| C 07-6156 MJJ (PR) | C 07-6315 MJJ (PR) |
| C 07-6271 MJJ (PR) | C 07-6316 MJJ (PR) |
| C 07-6272 MJJ (PR) | C 07-6317 MJJ (PR) |
| C 07-6273 MJJ (PR) | C 07-6318 MJJ (PR) |
| C 07-6274 MJJ (PR) | C 07-6319 MJJ (PR) |
| C 07-6308 MJJ (PR) | C 07-6320 MJJ (PR) |
| C 07-6309 MJJ (PR) | C 07-6321 MJJ (PR) |
| C 07-6311 MJJ (PR) | C 07-6322 MJJ (PR) |
| C 07-6312 MJJ (PR) | C 07-6323 MJJ (PR) |
| C 07-6313 MJJ (PR) | C 07-6324 MJJ (PR) |
| C 07-6314 MJJ (PR) | C 07-6325 MJJ (PR) |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Lee Riches
F.C.I. Williamsburg
Prisoner Id 40948-018
P.O. Box 340
Salters, SC 29590

Dated: April 3, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk